IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| BIOMET 3i, LLC. and ZIMMER US, INC., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Case No.:_____ |
| ) | |
| HEATHER LAND, ) | |
| ) | |
| Defendant. ) | |

**PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs Biomet 3i, LLC and Zimmer US, Inc. (collectively referred to herein as "Zimmer Biomet"), by counsel, pursuant to Federal Rules of Civil Procedure 65(a), respectfully request that the Court enter a preliminary injunction against Defendant Heather Land ("Land"), who already has and intends to continue to violate her Zimmer Biomet Confidentiality, Non-Competition, and Non-Solicitation Agreement for Sales Managers and Representatives (the "Agreement") by working for a direct competitor—Keystone Dental, Inc. ("Keystone")—in a managerial capacity in her former Zimmer Biomet territory and soliciting Zimmer Biomet customers on behalf of Keystone.  Zimmer Biomet has no adequate remedy at law and is being irreparably harmed by Land's past and ongoing breaches of the Agreement, which have allowed Keystone to short cut the competitive market, at Zimmer Biomet's expense.  Zimmer Biomet, therefore, requests that a preliminary injunction be issued, enjoining Land from continued breaches of the Agreement, pending trial, from any of the following:

    A.    Working, for eighteen (18) months, for Keystone in the Restricted Territory she covered as Zimmer Biomet Corporate Sales Manager, which consists of: Alaska, Arizona, California, Colorado, Hawaii, Idaho, Minnesota, Montana, Nevada, North Dakota, Oregon, South Dakota, Utah, Washington, Wisconsin, and Wyoming;

1

B. Directly or indirectly soliciting, for eighteen (18) months, any person, corporation or other entity serviced, sold to, approached or solicited, directly or indirectly, by Land during the last eighteen (18) months of her role as a Zimmer Biomet manager;

C. Soliciting, recruiting, enticing, or taking away or assisting others in recruiting, soliciting, or hiring (a) current Zimmer Biomet employees, sales representatives, or consultants or (b) individuals who were employees, sales representatives, or consultants for Zimmer Biomet within the preceding two (2) years, for a period of eighteen (18) months; and

D. Disclosing or using any Confidential Information, as defined in the Agreement.

E. Possessing any of Zimmer Biomet's Confidential Information.

Zimmer Biomet further requests that Land be required to file with the Court and serve on Zimmer Biomet within fifteen (15) days after service of the preliminary injunction a written report, under oath, setting forth the manner and form in which Land has complied with the injunction.

Zimmer Biomet further requests such other relief as the Court deems equitable and just.

Zimmer Biomet is concurrently tendering its Brief in Support of Motion for Preliminary Injunction.

QUARLES & BRADY LLP

By: /s/ *Joshua B. Fleming*
Joshua B. Fleming, #25954-29
Lucy R. Dollens, #23547-49
Michael A. Rogers, #28038-29
Hunter G. DeKoninck, #32563-49
*Attorneys for Plaintiffs Biomet 3i, LLC and Zimmer US, Inc.*

QUARLES & BRADY LLP
135 North Pennsylvania Street
BMO Building Suite 2400
Indianapolis, IN 46204
Phone:  317-957-5000
Fax:    317-957-5010

josh.fleming@quarles.com
lucy.dollens@quarles.com
michael.rogers@quarles.com
hunter.dekoninck@quarles.com
QB\990327.00254\39379728.1

3